IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOHN JOYCE,                                              )
                                                        )
    Plaintiff,                                          )
                                                        )
v.                                                      )          Civil Action No. 1:25-cv-97 (RDA/LRV)
                                                        )
FEDERAL HOME LOAN MORTGAGE      )
CORPORATION,                                       )
                                                        )
    Defendant.                                         )

## ORDER

This matter comes before the Court on U.S. Magistrate Judge Lindsey R. Vaala's Report and Recommendation ("Report") (Dkt. 21) as well as Plaintiff's Motion for Leave to Amend Complaint (Dkt. 16). Judge Vaala recommends that the Court grant Plaintiff's Motion and permit amendment of the Complaint. Dkt. 21 at 1. The deadline for submitting objections to the Report was April 23, 2026. To date, no objections have been filed.

After reviewing the record and Judge Vaala's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 21). Accordingly, it is hereby ORDERED that Plaintiff's Motion (Dkt. 16) is GRANTED; and it is

FURTHER ORDERED that Plaintiff is DIRECTED to file the Amended Complaint within SEVEN (7) DAYS of the entry of this Order.

IT IS SO ORDERED.

Alexandria, Virginia
April 29, 2026

                                              /s/
                         Rossie D. Alston, Jr.
                         United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").