# Exhibit 1

Freddie Mac
We make home possible®

# Memorandum

Date: 07/17/2024

To: Employee Relations/Human Resources, Ellie Goodwin

From: Prasad Pinnamaneni

Subject: Request for Termination

I am requesting the termination of **John Joyce, Agile Development, Sr.** It came to my attention that John Joyce violated our corporate policies in interactions with his manager and team members using derogatory communication. Employee Relations conducted and concluded an investigation on this issue, confirming that John Joyce violated our corporate policies and code of conduct.

Following is the sequence of events and the reference to the policies John violated.

- On June 5, 2024, John Joyce responded to an email from his manager regarding his compensation related to his recent promotion with racially harassing language against Asians of Indian origin.
- The language used in John's email was derogatory, race-based, and inappropriate violating the company's Equal Employment Opportunity, Anti-Harassment, and Reasonable Accommodation Policy *and* Code of Conduct.

As a result of this, I am recommending termination of John Joyce's employment effective immediately.

cc: Eric Lyon