**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JOHN JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendant. | ) | Case No. 1:25-cv-0097-RDA-LRV |

# ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. No. 44) (the "Motion to Amend"), the reply memorandum in support thereof (Dkt. No. 52), the memorandum in opposition thereto (Dkt. No. 48),[1] and Plaintiff's Motion for Disability-Related Procedural Accommodations and Request for Determination of Pending Motion on the Papers (Dkt. No. 51). Defendant noticed a hearing on the Motion to Amend for November 6, 2026, before the undersigned. (Dkt. No. 50.) Having reviewed the pleadings, however, the Court finds that a hearing will not aid in the decisional process. *See* L. Civ. R. 7(J). Accordingly, it is hereby

**ORDERED** that the November 6, 2026 hearing scheduled before the undersigned pertaining to Plaintiff's Motion to Amend is **VACATED**. It is further

**ORDERED** that Plaintiff's Motion for Disability-Related Procedural Accommodations and Request for Determination of Pending Motion on the Papers (Dkt. No. 51) is **DENIED AS MOOT**.

**ENTERED** this 2nd day of November, 2026.

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia

[1] Defendant appears to have filed the same opposition twice. (*Compare* Dkt. No. 47, *with* Dkt. No. 48.)